

1825 Foster Avenue, Suite 1K
Brooklyn, New York 11230
t: (718) 783-3682
e: ezra@spilkelaw.com
www.spilkelaw.com

December 23, 2019

**BY ECF**
Hon. Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   12/26/2019
```

Re:  *United States v. Montes et al.*, No. 18-CR-840(VEC)
     Client: Dejan Piskacek

Dear Judge Caproni:

    This letter is respectfully submitted to request a thirty-day adjournment of Dejan Piskacek's January 8, 2020, sentencing hearing. Mr. Piskacek, both himself and through counsel, have requested and are still awaiting records relevant to Court's consideration of the 18 U.S.C. § 3553(a) factors. This is the first request for an adjournment by either party. I have conferred with counsel for the government who has no objection to this request. I appreciate the Court's considerate attention to this matter.

                                        Respectfully submitted,

                                        /s/ Ezra Spilke
                                        Law Offices of Ezra Spilke
                                        *Counsel for Dejan Piskacek*

Cc:  All counsel of records by ECF

Application GRANTED.  The sentencing hearing scheduled for January 17, 2020, is ADJOURNED to **February 5, 2020, at 11:00 a.m.**  The parties sentencing submissions are due no later than **January 22, 2020**.

SO ORDERED.

*/s/ Valerie Caproni*
12/26/2019

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE