```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------  X
  UNITED STATES OF AMERICA,                    :
                                               :
            -against-                          :     18-CR-840 (VEC)
                                               :
  DEJAN PISKACEK,                              :         ORDER
                                               :
                               Defendant.      :
------------------------------------------------------------  X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  5/11/20
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 30, 2020, Mr. Piskacek moved for compassionate release pursuant to 18 U.S.C. § 3582(c) (Dkt. 145);

WHEREAS Mr. Piskacek's motion represents that he "filed his petition with the warden simultaneously with this motion to the Court," Def.'s Mem. of Law (Dkt. 147) at 3;

WHEREAS on April 10, 2020, the Court deferred ruling on the merits of Mr. Piskacek's motion until he had exhausted his remedies (Dkt. 153);

WHEREAS the Court ordered him to file a letter three days before the exhaustion period lapsed or if the Bureau of Prisons granted or denied his request, whichever was sooner, or if the Bureau of Prisons granted him a furlough;

WHEREAS the Court ordered Mr. Piskacek to provide additional medical documentation supporting his claimed medical conditions; and

WHEREAS the Court has not received a status letter or additional documentation;

IT IS HEREBY ORDERED that Mr. Piskacek must file a status letter to the Court no later than **May 14, 2020**, complying with the Court's April 10, 2020, Order and indicating whether he intends to continue to pursue his motion.

**SO ORDERED.**

**Date:  May 11, 2020**
     **New York, NY**

                         **VALERIE CAPRONI**
                         **United States District Judge**