```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
    UNITED STATES OF AMERICA,          :

          -against-                  :          18-CR-840 (VEC)

    DEJAN PISKACEK,                  :          ORDER

                      Defendant.   :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on November 4, 2020, the Court ordered that, not later than November 10, 2020, the Government must explain the Bureau of Prison's failure to place Defendant Dejan Piskacek on house arrest after completing his term of incarceration (Dkt. 172);

        WHEREAS on November 5, 2020, in response to a request from the Bureau of Prisons, the Office of the United States Marshal inquired of chambers whether the Court wanted Mr. Piskacek to be arrested; and

        WHEREAS the Court is concerned that there has been a significant miscommunication or there is a serious misunderstanding within the Department of Justice regarding this matter;

        IT IS HEREBY ORDERED that the parties must appear before the Court for a conference on **November 6, 2020, at 11:00 a.m.** The parties are instructed to dial-in to the conference using (888) 363-4749 // Access code: 3121171# // Security code: 0840#.

**SO ORDERED.**

Date:  November 5, 2020                           _____
         New York, NY                             **VALERIE CAPRONI**
                                                        **United States District Judge**